UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA DEL RIO ROCIO JIMINEZ | ) | Civil No. 10CV1528-JAH (NLS) |
| Petitioner, | ) | **BRIEFING SCHEDULE** |
| v. | ) | |
| ERIC HOLDER, et. al., | ) | |
| Respondents. | ) | |

Having received and reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, IT IS HEREBY ORDERED:

1. Respondents shall file a return to the petition for writ of habeas corpus on or before **September 13, 2010**. Respondents shall include copies of all pertinent documents, orders and transcripts relevant to this motion, and shall also make a recommendation regarding the need for an evidentiary hearing on the merits of the petition.

2. Petitioner shall file a traverse on or before **October 12, 2010**. <u>The matter will be deemed under submission at that time.</u>

Dated: August 10, 2010

JOHN A. HOUSTON
United States District Judge

10cv1528